[No. 5899.]

THE PEOPLE EX REL. v. HALL, MAYOR OF
COLORADO SPRINGS.

1. **Judicial Notice**—The court will take judicial notice that one formerly the mayor of one of the principal cities of the state is no longer acting in that capacity.—(304)

2. **Writ of Error—Dismissal**—A writ of error to a judgment of discontinuance in an action brought to restrain the mayor of a city from voting as a member of the city council, will be dismissed, where, during its pendency, the appellee has ceased to occupy the office of mayor, so that the cause presents no living issue.—(304)

*Error to El Paso District Court*—Hon. Louis W. Cunningham, Judge.

Mr. J. W. Sheafor, Mr. Ira Harris, Mr. J. A. Orr, Mr. S. H. Kinsley, for petitioner.

Mr. William C. Robinson, for respondent.

*Per Curiam,* Department No. 2:

By the petition of the relator, filed in the district court of El Paso county, the respondent, Henry C. Hall, was sought to be restrained from casting his vote as a member of the city council of the city of Colorado Springs, and it was prayed that he be ousted from such right, franchise or privilege.

A demurrer to the complaint was sustained, and the cause is brought here by writ of error to review the judgment entered sustaining the demurrer, and entering judgment in favor of the respondent.

We shall take notice of the fact that the respondent is no longer the mayor of the city of Colorado Springs, and is no longer claiming to exercise the right to vote as a member of the city council; and as the case does not present any live issue, it will be dismissed.                              *Dismissed.*